Joel B. Robbins, Esq. (011065)
Jesse M. Showalter, Esq. (026628)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
Fax: (602) 265-0267
joel@robbinsandcurtin.com
jesse@robbinsandcurtin.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Adams, on behalf of the Estate of Michael Adams,<br><br>Plaintiff,<br><br>vs.<br><br>Corizon Health, Inc., et al.,<br><br>Defendants. | No. 2:21-cv-01158-DWL-CDB<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2, the parties hereby give notice that they have reached a settlement. The parties are in the process of preparing and executing the settlement documents, and a stipulation of dismissal is forthcoming.

RESPECTFULLY SUBMITTED: September 12, 2022

**ROBBINS & CURTIN, p.l.l.c.**

By: /s/ Jesse M. Showalter
Jesse M. Showalter
301 E. Bethany Home Road
Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mandi J. Karvis
Anngelica N. Davis
**WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.**
One N. Central Avenue, Suite 885
Phoenix, Arizona 85004
mkarvis@wickersmith.com
adavis@wickersmith.com
*Attorneys for Defendants Corizon & Ryan*

By:   /s/ Julie W. Molera

2