# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Adams, on behalf of Estate of Michael Adams,<br><br>Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, Centurion of Arizona LLC, Charles Ryan,<br><br>Defendants. | No. CV 21-01158 PHX DWL (CDB)<br><br>**ORDER** |

Plaintiff filed a notice of settlement (ECF No. 41) on September 12, 2022, advising the Court that "a stipulation of dismissal is forthcoming." To date, no stipulation has been docketed.

**IT IS ORDERED that** Plaintiff shall file a stipulation of dismissal or notice to the Court regarding the settlement of this matter on or before November 11, 2022.

Dated this 24th day of October, 2022.

Camille D. Bibles
United States Magistrate Judge